■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS REAL, Appellant. [710 NYS2d 889] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered January 30, 1997, as amended March 5, 1997, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him to a term of 2¼ to 4½ years, and judgment, same court and Justice, rendered January 30, 1997, convicting defendant, upon his plea of guilty, of violation of probation, and sentencing him to a concurrent term of 1 year, unanimously affirmed.

The verdict was based upon legally sufficient evidence and was not against the weight of the evidence. Credibility and identification issues were properly presented to the jury and there is no basis upon which to disturb its findings. Concur—Williams, J. P., Tom, Rubin and Andrias, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BANKS, Appellant. [711 NYS2d 716] —Judgment, Supreme Court, New York County (William Leibovitz, J.), rendered March 25, 1998, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The jury's verdict rejecting defendant's agency defense was not against the weight of the evidence. The evidence clearly established that defendant acted primarily for his own benefit, and the benefit he received cannot be characterized as incidental (see, People v Herring, 83 NY2d 780, 782-783; People v Lam Lek Chong, 45 NY2d 64, 75, cert denied 439 US 935). Concur—Williams, J. P., Tom, Rubin and Andrias, JJ.